UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUSTIN NOLEN,<br>P.O. Box 54560<br>Philadelphia, PA 19148,<br><br>PLAINTIFF<br><br>vs.<br><br>DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530,<br><br>DEFENDANT | Judge _____<br>Civil Action No. _____ |

## **COMPLAINT**

### THE PARTIES

1. Plaintiff Austin Nolen is a citizen of Pennsylvania.

2. Defendant Department of Justice (DOJ) is an agency of the United States.

3. The Federal Bureau of Investigation (FBI) is a component of the DOJ. The FBI has possession, custody and control of the records Plaintiff seeks.

### JURISDICTION AND VENUE

4. This action arises under the Freedom of Information Act ("FOIA").

5. This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

1

6. Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

STATEMENT OF FACTS

**BACKGROUND**

7. Martin Andrew Droll (a/k/a Marty Rifles) was a socialist writer and organizer.

8. Mr. Droll was a member of the Young Communist League in his hometown of Cambridge, Ohio.

9. Mr. Droll later moved to Philadelphia, Pennsylvania where he participated in Occupy Philly, the People's Revolutionary Party and other local leftist movements and organizations.

10. Mr. Droll was also the communications director for the Korean Friendship Association, an organization that advances positive views of the Democratic People's Republic of Korea, or the North Korean government, and which acknowledges ties with North Korean authorities.

11. On January 13th, 2011, Mr. Droll was a defense character witness in the trial of Raphael F. McNamara-Harvey in the United States District Court for the Eastern District of Pennsylvania (10-CR-219-JS). Mr. Harvey, an activist, was charged with one count of possession of a firearm by a convicted felon and one count of possession of an unregistered firearm. Mr. Droll stated during testimony that Mr. Harvey "was always the pacifist," in contrast to his "more radical inspiration, such as Mao or Lenin" (Droll Transcript, pg. 3, lines 20-22).

12. On April 17th, 2014, an associate of Mr. Droll, Shane Madonna, attended a hearing in his criminal case (Case No. 13CR000140), in the Court of Common Pleas for Guernsey County, Ohio.

13. Mr. Droll was present in the car during the traffic stop that led to Mr. Madonna's case in the Court of Common Pleas for Guernsey County.

14. Prior to his hearing on April 17th, Mr. Madonna was informed by his lawyer that the FBI had contacted employees of the Court of Common Pleas and provided them with material alleging, *inter alia*, that Mr. Droll was a religious extremist. Mr. Madonna's lawyer informed him that he had not been given permission to share a copy of the material in question, but he was specific about both the identity of the agency and the substance of the allegation.

15. The totality of these circumstances led Mr. Droll to believe that he was either the subject of a past or ongoing FBI investigation and/or was listed on one or more watchlist.

16. Mr. Droll filed a FOIA request with the FBI for his own records after April 17th, 2014, and had received an initial response by May 13th, 2014.

17. Mr. Droll committed suicide shortly thereafter, on May 13th, 2014.

**PLAINTIFF'S FOIA/PA REQUEST**

18. On June 6, 2014, Plaintiff sent a FOIA/PA request to the FBI seeking "records that were prepared, received, transmitted, collected and/or maintained by the FBI, the Terrorist Screening Center, the National Joint Terrorism Task Force, or any Joint

Terrorism Task Force relating or referring to the deceased person Martin Andrew Droll; born on April 14th, 1989 in Guernsey County, Ohio; deceased on May 13th, 2014 in Philadelphia County, Pennsylvania." Plaintiff attached to his request an obituary printed in *The Daily Jeffersonian*, which serves Cambridge, Ohio, the county seat of Guernsey County.

19. Plaintiff received a letter from the FBI dated June 26, 2014 regarding his FOIA/PA request (1271852-000), stating that after searching its Central Records System and Electronic Surveillance (ELSUR) indices, the FBI was not able to identify any main file records responsive to the request.

20. Plaintiff submitted an administrative appeal with the Office of Information Policy (OIP) which was received on July 7, 2014.

21. In a letter dated July 11, 2014, OIP stated that it had assigned the appeal tracking number AP-2014-03616.

22. As of the filing of this Complaint, Plaintiff has not received a response from OIP making a determination as to his FOIA/PA appeal (AP-2014-03616).

23. Under 5 USC § 552(a)(6)(C)(i), Plaintiff is deemed to have exhausted his administrative remedies because Defendant has failed to comply with the statutory time limit.

COUNT I:<br>VIOLATION OF FOIA

24. This Count realleges and incorporates by reference all of the preceding paragraphs.

25. Each of the documents referred to in this Complaint is incorporated herein by reference.

26. Defendant has violated FOIA by failing to adequately search for and improperly withholding records responsive to Plaintiff's FOIA/PA request.

27. Defendant has violated FOIA by failing to timely respond with a determination as to Plaintiff's FOIA/PA appeal.

28. Plaintiff has been and will continue to be irreparably harmed until Defendant is ordered to comply with Plaintiff's FOIA/PA request.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Enjoin Defendant from continuing to withhold the records responsive to Plaintiff's FOIA/PA request and otherwise order Defendant to produce the requested records without further delay;

(3) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i);

(4) Grant Plaintiff such other and further relief which the Court deems proper.

Respectfully Submitted,

　/s/ Jeffrey Light

Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey.Light@yahoo.com
*Counsel for Plaintiff*